| | |
|---|---|
| 1 | BESS M. BREWER, #100364 |
| | LAW OFFICE OF |
| 2 | BESS M. BREWER & ASSOCIATES |
| | P.O. Box 5088 |
| 3 | Sacramento, CA 95817 |
| | Telephone: (916) 454-3111 |
| 4 | Facsimile: (916) 454-3131 |
| 5 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA KREISHER | ) | Case No. 09-cv-01725-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | EXTENDING PLAINTIFF'S TIME TO |
| v. | ) | FILE MEMORANDUM IN SUPPORT |
| | ) | OF SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 8, 2010, to April 6, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 8, 2010 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: February 8, 2010 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | /s/ *Jean M. Turk* |
| | | JEAN M. TURK |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| | | |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED

DATED: February 9, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE