1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| REBECCA KREISHER, | ) | Case No. 09-cv-01725-EFB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) |  |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 6, 2010, to May 10, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 6, 2010          */s/Bess M. Brewer*
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: April 6, 2010          Benjamin B. Wagner
                              United States Attorney
                              /s/ *Jean M. Turk*
                              JEAN M. TURK
                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.  However, in light of the length of this extension, as well as plaintiff's previous extension of time in this case, plaintiff is admonished that no further extensions will be granted to plaintiff absent a showing of good cause.

DATED: April 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2