IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL CARREIRA,

       Plaintiff,                      No. CIV S-09-1672 EFB

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

REBECCA KREISHER,

       Plaintiff,                      No. CIV S-09-1725 EFB

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

////

////

////

////

////

| | | |
|---|---|---|
| 1 | TAMMYE BURNHAM, | |
| 2 | Plaintiff, | No. CIV S-09-2054 EFB |
| 3 | vs. | |
| 4 | MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| 5 | | |
| 6 | Defendant._____/ | |
| 7 | BRENDA FIELLEN, | |
| 8 | Plaintiff, | No. CIV S-09-2496 EFB |
| 9 | vs. | |
| 10 | MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER |
| 11 | | |
| 12 | Defendant._____/ | |

The above-captioned cases are all proceeding before the undersigned pursuant to the consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. On August 24, 2010, the cases came on for hearing on two orders to show cause issued to plaintiffs' attorney Bess M. Brewer. *See Kreisher v. Astrue*, No. CIV S-09-1725 EFB, Dckt. No. 19; *Carreira v. Astrue*, No. CIV S-09-1672 EFB, Dckt. No. 20; *Burnham v. Astrue*, No. CIV S-09-2054 EFB, Dckt. No. 20; and *Fiellen v. Astrue*, No. CIV S-09-2496 EFB, Dckt. No. 17. Ms. Brewer appeared at the hearing on behalf of plaintiffs; attorney Bobbie J. Montoya.

The orders to show cause issued because, in each of the above-captioned cases, the plaintiff was granted two separate extensions of time to file a motion for summary judgment; in each of the cases, the plaintiff was warned that no further extensions of time would be granted absent a showing of good cause; and in each of the cases, the plaintiff failed to timely file a summary judgment motion even though the deadlines for doing so expired. As stated on the record and for the reasons stated on the record, Ms. Brewer is sanctioned $100.00 per case, for a total of $400.00, as a result of those failures. This sum shall be paid to the Clerk of the Court no

later than thirty (30) days from the date of this order.  Ms. Brewer shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by Ms. Brewer, out of personal funds, and is not and will not be billed, directly or indirectly, to her clients or in any way made the responsibility of the clients as attorneys' fees or costs.

    SO ORDERED.

Dated:  August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3